UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PELLING,<br><br>    Plaintiff,<br><br>v.<br><br>AMTRAK, INC. and CITY OF SACRAMENTO,<br><br>    Defendants. | Case No.: 2:15-cv-01378-MCE-KJN<br><br>**ORDER ON JOINT STIPULATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION ONLY, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii), AND TO DISMISS CROSS-CLAIMANT'S CROSS-CLAIM AGAINST THE CITY OF SACRAMENTO PURSUANT TO FRCP RULE 41(a)(1)(A)(ii) and 41(c)** |

THE COURT, having reviewed and approved the Joint Stipulated Motion to Dismiss Plaintiff's Complaint against Defendant National Railroad Passenger Corporation only, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and to dismiss Cross-Claimant National Railroad Passenger Corporation's cross-claim against Cross-Defendant the City of Sacramento, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and 41(c), orders as follows:

**ORDER ON JOINT STIPULATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION ONLY, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii), AND TO**

1    IT IS ORDERED THAT the Joint Stipulated Motion to Dismiss is approved.

2    The Court dismisses Plaintiff's Civil Complaint in United States District Court Case Number 2:15-CV-01378-MEC-KJN <u>only</u> as to Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK, erroneously sued and served as Amtrak, Inc., <u>with prejudice</u>.  Plaintiff and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK, each shall waive and bear their own costs, expenses, and attorneys' fees with respect to any claims they have or had against each other.

The Court also dismisses Cross-Claimant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK's cross-claim in United States District Court Case Number 2:15-CV-01378-MEC-KJN against Cross-Defendant the CITY OF SACRAMENTO, with each side to waive and bear its own attorneys' fees, costs, and expenses. The CITY OF SACRAMENTO shall not file any adverse action against NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK, arising from or related to Plaintiff's claims in United States District Court Case Number 2:15-CV-01378-MEC-KJN.

The case remains pending in all other respects.

IT IS SO ORDERED.

Dated:  January 10, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

**ORDER ON JOINT STIPULATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION ONLY, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii), AND TO**