Matthew D. Ruyak, Interim City Attorney, (SBN 184772)
**KATHERINE E. UNDERWOOD, Deputy City Attorney II (SBN 249308)**
KUnderwood2@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PELLING,<br><br>          Plaintiff,<br><br>vs.<br><br>AMTRAK, INC; and CITY OF SACRAMENTO,<br><br>          Defendants. | Case No.: 2:15-cv-01378-MCE-KJN<br><br>**ORDER ON JOINT STIPULATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST THE CITY OF SACRAMENTO, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |

THE COURT, having reviewed and approved the Joint Stipulated Motion to Dismiss Plaintiff Leslie Pelling's Complaint against Defendant City of Sacramento, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), orders as follows:

IT IS ORDERED THAT the Joint Stipulated Motion to Dismiss is (ECF No. 123 approved.

The Court accordingly dismisses Plaintiff Leslie Pelling's Civil Complaint in United States District Court, Case Number 2:15-CV-01378-MCE-KJN against Defendant City of Sacramento, <u>with prejudice</u>. Plaintiff Leslie Pelling and Defendant City of Sacramento each

///

1

shall waive and bear their own costs, expenses, and attorney's fees with respect to any claims they have or had against each other.

IT IS SO ORDERED:

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE